DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3822
Facsimile:     (415) 554-3837
E-Mail:        daniel.zaheer@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Marcus Landry and Daniel Landry,<br><br>    Plaintiffs,<br><br>    vs.<br><br>City and County of San Francisco; Heather Fong; Frederick Schiff; Callaway, #360; McCall, #901; Palma, #841; Personal Protective Services; Pete Rodriguez; Rene Garcia; Pat Young; Jack Nyce; Garner, #186; K. McArthur; Wong, #2038; Mariano, #2191; Parker, #121; Cathey, #1090; Hallisy, #1794; Rodriguez, #1976; Jackson, #275, and Does 1 to 100,<br><br>    Defendants. | Case No. CV08-3791 EMC<br><br>**PROOF OF SERVICE**<br><br>Trial Date:          None Set |
|---|---|

On August 7, 2006, I served the following documents:

1. Order Setting Initial Case Management Conference;

2. U.S. District Court Northern California ECF Registration Information Handout;

3. Welcome to the U.S. District Court, San Francisco Handout;

4. Consenting to A Magistrate Judge's Jurisdiction In The Northern District of

    California; and

Proof of Service  - Case No. CV08-3791 EMC        1                    n:\lit\li2008\090145\00502144.doc

5. Standing Orders for Civil Practice in Cases Assigned For All Purposes to Magistrate Judge Edward M. Chen,

on the following party:

Gregory M. Haynes, Esq.<br>
2443 Fillmore, #194<br>
San Francisco, CA  94115<br>
tele:  (415) 546-0777<br>
fax:   (650) 755-1563

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace, at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California 94102, for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

      /s/ *Mary Martin*
            Mary Martin