DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3822
Facsimile:    (415) 554-3837
E-Mail:       daniel.zaheer@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
AND POLICE CHIEF HEATHER FONG
(IN HER OFFICIAL CAPACITY ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus Landry and Daniel Landry,<br><br>    Plaintiffs,<br><br>    vs.<br><br>City and County of San Francisco; Heather Fong; Frederick Schiff; Callaway, #360; McCall, #901; Palma, #841; Personal Protective Services; Pete Rodriguez; Rene Garcia; Pat Young; Jack Nyce; Garner, #186; K. McArthur; Wong, #2038; Mariano, #2191; Parker, #121; Cathey, #1090; Hallisy, #1794; Rodriguez, #1976; Jackson, #275, and Does 1 to 100,<br><br>    Defendants. | Case No. CV 08-3791<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO POLICE CHIEF HEATHER FONG'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States Judge.

CCSF'S Declination to Consent to Mag. Judge
*Landry v. CCSF et al.*; NO. CV 08-3791
1
n:\lit\li2008\090145\00502229.doc

Dated: August 8, 2008

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                DANIEL A. ZAHEER
                Deputy City Attorney

By: _____
     DANIEL A. ZAHEER

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and POLICE CHIEF HEATHER FONG (IN HER OFFICIAL CAPACITY ONLY)

CCSF'S Declination to Consent to Mag. Judge
*Landry v. CCSF et al.*; NO. CV 08-3791
2
n:\lit\li2008\090145\00502229.doc

**PROOF OF SERVICE**

I, Pamela Cheeseborough, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 8, 2008, I served the following document(s):

DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO POLICE CHIEF HEATHER FONG'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

on the following persons at the locations specified:

Gregory M. Haynes, Esq.
2443 Fillmore, #194
San Francisco, CA  94115
tele:  (415) 546-0777
fax:   (650) 755-1563
[Counsel for Plaintiff]

in the manner indicated below:

☐ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 8, 2008, at San Francisco, California.

                                        Pamela Cheeseborough