**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                             General Court Number
Clerk                                                                                              415.522.2000

**August 18, 2008**

**CASE NUMBER:  CV 08-03791 EMC**
**CASE TITLE:  MARCUS LANDRY-v-CITY AND COUNTY OF SAN FRANCISCO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/18/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                             Special Projects
Log Book Noted                                                         Entered in Computer 8/18/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                               Transferor CSA