**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS LANDRY, et al.,

   Plaintiff(s),

 vs.

CITY & COUNTY OF SAN FRANCISCO, et al,

   Defendant(s).

No. C 08-3791 SC (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

  The Court is in receipt of Defendants' Request for Court Conference Call, filed on June 3, 2009. In their request, Defendants state that Plaintiff's counsel has failed to comply with discovery obligations. Pursuant to Magistrate Judge James' discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Ave, San Francisco, California 94102.

  For scheduling purposes, Plaintiff's counsel, Gregory M. Haynes, shall file an availability statement by June 4, 2009. Mr. Haynes shall provide three dates between June 5, 2009, and June 17, 2009, during which he is available for the meet and confer session. Immediately upon filing the availability statement, Mr. Haynes shall telephone Defendants' counsel so that Defendants' counsel

can then contact the Court at (415) 522-4698 and choose one of the three dates.  Failure on Mr. Haynes part to comply with this Order may result in the imposition of sanctions, including those requested in Defendants' motion for sanctions (Dkt. #32.)

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s).  In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session.  Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter.  The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters by June 4, 2009, this Order shall be vacated..

**IT IS SO ORDERED.**

Dated: June 3, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge