IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LANDRY, et al., | No. C 08-3791 SC (MEJ) |
| Plaintiff(s), | **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, et al, | **JUNE 17, 2009 AT 10:00 A.M.** |
| Defendant(s). | |

The Court hereby ORDERS the parties to appear on June 17, 2009 at 10:00 a.m. meet and confer in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s).  In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session.  Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter.  The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to June 17, 2009, the parties shall inform the Court and this Order shall be vacated..

**IT IS SO ORDERED.**

Dated: June 4, 2009

MARIA ELENA JAMES
United States Magistrate Judge