# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MARCUS LANDRY,<br><br>        Plaintiff(s),<br>  v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant(s).<br>_____/ | No. C 08-03791 SC (MEJ)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SANCTIONS**<br><br>**ORDER RE: DISCOVERY RESPONSES** |

Pending before the Court are Defendants' Motion for Sanctions (Dkt. #32) and the parties' joint discovery dispute letter (Dkt. #38). Upon review of the motion and letter, the Court hereby ORDERS as follows:

1) By June 26, 2009, Plaintiff shall provide responses to all discovery requests at issue in the joint letter; and

2) Defendants' motion is DENIED WITHOUT PREJUDICE. However, should Plaintiff fail to comply with the June 26 deadline, Defendants may re-notice their sanctions motion, at which time sanctions <u>shall</u> be imposed, unless Plaintiff establishes good cause for the failure to comply with his obligations.

**IT IS SO ORDERED.**

Dated: June 18, 2009

_____
Maria-Elena James
United States Magistrate Judge