UNITED STATES DISTRICT COURT

Northern District of California

MARCUS LANDRY,

                Plaintiff(s),

   v.

CITY AND COUNTY OF SAN FRANCISCO,

                Defendant(s).

_____/

No. C 08-03791 SC (MEJ)

**ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS**

**ORDER VACATING HEARING**

      Pending before the Court is Defendant City and County of San Francisco's Motion for Sanctions, filed June 30, 2009. (Dkt. #41.) In its motion, Defendant seeks sanctions in the amount of $1,500.00 for Plaintiffs' failure to comply with discovery obligations, including initial disclosures, interrogatories, and requests for production. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for decision without a hearing and hereby VACATES the August 6, 2009 hearing date.

      Defendant's motion is actually a renewed motion for sanctions, having originally filed a motion for sanctions on May 20, 2009. (Dkt. #23.) In response to Defendant's original motion, the Court ordered the parties to meet and confer in the undersigned's chambers. (Dkt. #34.) At the June 17, 2009 meet and confer session, the parties reached an agreement that Plaintiffs would provide their initial disclosures, as well as responses to interrogatories and requests for production, by June 26, 2009. Based on the parties' agreement, the Court ordered Plaintiffs to provide all responses by June 26, 2009, and denied Defendant's motion for sanctions without prejudice. However, in its order, the Court warned Plaintiffs that sanctions would be imposed if they failed to comply with the June 26 deadline. (Dkt. #39.) As is now apparent from Defendant's renewed motion and Plaintiffs opposition thereto, Plaintiffs failed to comply with the June 26 deadline.

Pursuant to Federal Rule of Civil Procedure 37(b)(2), the Court may impose sanctions on a party that fails to obey a discovery order. Pursuant to Rule 37(c)(1), the Court may also impose sanctions on a party that fails to provide information as required by Rule 26(a), including initial disclosures. For the reasons stated in Defendant's two motions and the parties' June 17, 2009 joint discovery dispute letter (Dkt. #38), the Court finds sanctions appropriate under both rules. Accordingly, the Court hereby GRANTS Defendant's motion for sanctions in the amount of $1,500.00. As there is no indication that the failure to comply was on the part of plaintiffs themselves, the Court awards the sanctions against their counsel, Gregory M. Haynes. Within 21 days from the date of this Order, Mr. Haynes shall remit $1,500.00 to Defendant, with any check made payable to "City and County of San Francisco."

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge