DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3822
Facsimile:      (415) 554-3837
E-Mail:          daniel.zaheer@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus Landry and Daniel Landry,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>City and County of San Francisco; Heather Fong; Frederick Schiff; Callaway, #360; McCall, #901; Palma, #841; Personal Protective Services; Pete Rodriguez; Rene Garcia; Pat Young; Jack Nyce; Garner, #186; K. McArthur; Wong, #2038; Mariano, #2191; Parker, #121; Cathey, #1090; Hallisy, #1794; Rodriguez, #1976; Jackson, #275, and Does 1 to 100,<br><br>　　　　Defendants. | Case No. C08-3791 SC<br><br>**NOTICE OF AVAILABILITY FOR SECOND COURTROOM MEET AND CONFER SESSION**<br><br>Date Action Filed:　　July 25, 2008<br>Trial Date:　　　　　January 11, 2010 |

1  Pursuant to the Court's August 20 Order For Parties To Provide Availability For Courtroom
2  Meet and Confer Session, defendant City and County of San Francisco has met and conferred with
3  plaintiff's counsel and the parties have agreed upon the following dates and times for the courtroom
4  meet and confer:

5  (1)  September 8, 2009, 10:00 a.m.
6  (2)  September 9, 2009, 10:00 a.m.
7  (3)  September 14, 2009, 10:00 a.m.

8  Defendants respectfully request that the Court set the conference for September 8, in the
9  interest that the current discovery disputes be resolved in a timely manner.

Dated:  August 21, 2009

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> DANIEL A. ZAHEER
> Deputy City Attorney
>
> By:/s/ *Daniel A. Zaheer*
> DANIEL A. ZAHEER
>
> Attorneys for Defendant CITY AND COUNTY OF
> SAN FRANCISCO

The parties shall appear on September 8, 2009 at 10:00 a.m. for the meet and confer session.  The parties shall follow as the same procedure as the previous meet and confer session in chambers.

Dated: August 24, 2009

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA