UNITED STATES DISTRICT COURT

Northern District of California

MARCUS LANDRY,

                Plaintiff(s),              No. C 08-03791 SC (MEJ)

   v.

CITY AND COUNTY OF SAN FRANCISCO,                **ORDER TO SHOW CAUSE**

                Defendant(s).
_____/

        The Court is in receipt of the parties' three discovery dispute letters, filed September 8, 2009. (Dkt. ##58-60.)  Upon review of the letters, it is apparent that they involve an issue that is becoming all too familiar in this case; namely, Plaintiffs' counsel's lack of compliance with Court's orders and, more generally, his duties as a lawyer before this Court.  Accordingly, the Court hereby ORDERS Plaintiff's counsel to show cause why sanctions should not be imposed, including further monetary sanctions, as well as discovery sanctions (e.g., deeming certain disputed issues admitted and barring the use of certain information).  Plaintiffs' counsel shall file a declaration by September 24, 2009, and the Court shall conduct a hearing on October 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue.

        **IT IS SO ORDERED.**

Dated: September 16, 2009

                                                                             _____
                                                                             Maria-Elena James
                                                                             Chief United States Magistrate Judge