UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

MARCUS LANDRY,

                    Plaintiff(s),

      v.

CITY AND COUNTY OF SAN
FRANCISCO,

                    Defendant(s).

_____/

No. C 08-03791 SC (MEJ)

**ORDER RESCHEDULING OSC**

      This matter is currently scheduled for an order to show cause hearing on October 8, 2009, regarding Plaintiffs' failure to provide discovery and the failure of Gregory Haynes, Plaintiffs' counsel, to pay court-ordered sanctions to Defendants.  (Dkt. #61.)  The Court is now in receipt of Mr. Haynes' declaration in response to the osc, filed September 24, 2009.  (Dkt. #62.)  In his declaration, Mr. Haynes takes no responsibility for his failure to provide discovery and pay the sanctions; instead, he inexplicably blames all of his failures on Defendants' counsel.  Further, despite being advised that the parties would not meet with the undersigned during their court-ordered meet and confer sessions at the courthouse, Mr. Haynes also blames his failure to provide discovery responses on the Court being unavailable during the meet and confer session on September 8, 2009.  (Dkt. ## 37, 57.)  The Court finds that Mr. Haynes' declaration fails to address the issue at hand - Plaintiffs' failure to provide any meaningful discovery, despite repeated meet and confer sessions, court orders, and signed attestations from Mr. Haynes.  The Court cannot permit this to continue. Accordingly, so that this matter may be addressed as quickly as possible, the Court

1   hereby RESCHEDULES the osc hearing from October 8, 2009 to October 1, 2009 at 10:00 a.m. in

2   Courtroom B.

3       **IT IS SO ORDERED.**

4

5   Dated: September 25, 2009

6                                                Maria-Elena James
                                         Chief United States Magistrate Judge

**United States District Court**
**For the Northern District of California**

2