CITY AND COUNTY OF SAN FRANCISCO           OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

DANIEL A. ZAHEER
Deputy City Attorney

DIRECT DIAL: (415) 554-3822
E-MAIL: daniel.zaheer@sfgov.org

September 25, 2009

**VIA ELECTRONIC FILING**

Honorable Maria-Elena James
United States District Court Judge
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Marcus Landry, et al. v. City and County of San Francisco, et al.*
             U.S.D.C. Case No. C 08-3791 SC

Dear Judge James:

      I write with regard to the Court's September 25, 2009 Order rescheduling the Order to Show Cause hearing to October 1, 2009, at 10:00 a.m. (Docket No. 63). The City defendants appreciate and support the Court's interest in resolving this issue as soon as possible -- in particular because the discovery cutoff and trial in this case are quickly approaching.

      However, I write to respectfully request that the Court alter the date for the OSC hearing because the parties have previously scheduled the deposition of plaintiff Daniel Landry for October 1, 2009 at 10:00 a.m. Because deposition scheduling has been a central point of dispute among the parties, defendants believe that it is in the best interests of all that the deposition be permitted to go forward on that date and time. Defendants fear that a further delay of that deposition would only result in further discovery disputes, and the need to consume more of the Court's time. And, defendants believe that it is important that all counsel be available for the Order to Show Cause because of the blatant misrepresentations contained in plaintiff's counsel's declaration.

      Accordingly, the City defendants respectfully request that the Court reschedule the conference for one of the following times:

            **October 8, 2009 at 10:00 a.m.**

            ~~**October 15, 2009 at 10:00 a.m.**~~

Thank you for your consideration.

                                            Respectfully Submitted,

                                            s/*Daniel A. Zaheer*

                                            Daniel A. Zaheer
                                            Attorney for Defendants City & County of
                                            San Francisco



FOX PLAZA · 1390 MARKET STREET, SUITE 250 · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2009\090145\00583835.doc