UNITED STATES DISTRICT COURT

Northern District of California

MARCUS LANDRY,

              Plaintiff(s),          No. C 08-03791 SC (MEJ)

  v.

CITY AND COUNTY OF SAN FRANCISCO,

              Defendant(s).

**ORDER RE ORDER TO SHOW CAUSE**

On October 8, 2009, the Court held an order to show cause hearing regarding Plaintiffs' counsel, Gregory Haynes, and his failure to comply with the Court's previous orders and Defendant's discovery requests. Based on discussions at the hearing, the Court hereby ORDERS as follows:

1) Mr. Haynes shall pay the outstanding $1,500 sanctions to Defendant City & County of San Francisco by November 12, 2009. If Mr. Haynes fails to pay the sanctions in full by that date, an additional $100 in sanctions is hereby awarded for each additional day that the sanctions remain unpaid.

2) For all future discovery disputes, the moving party shall file an individual letter, no more than three pages in length, detailing the dispute. The opposing party shall then file a letter in response within seven calendar days from the date the moving party files the initial letter. The Court will not review any letter that is not filed within the seven day period. The parties shall also ensure that chambers copies are submitted by noon of the next court day following the day the papers are filed electronically. Any attachments must comply with the undersigned's discovery standing order.

3) The parties shall appear for a status conference on November 19, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 8, 2009

                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge