1

2

3

4 UNITED STATES  DISTRICT COURT

5 Northern District of California

6

7 MARCUS LANDRY,

8                               Plaintiff(s),              No. C 08-03791 SC (MEJ)

9        v.                                                **ORDER RE: DISCOVERY LETTERS**

CITY AND COUNTY OF SAN
10 FRANCISCO,

11                               Defendant(s).
   _____/

12

13

14        On October 8, 2009, the Court ordered the parties to file individual letters for all future

15 discovery disputes.  Due to inadvertent error, the Court did not place a limit on the length of any

16 letters filed in opposition.  Accordingly, the parties are hereby informed that any opposition letter

   shall be no more than three pages in length.
17
           **IT IS SO ORDERED.**
18

19

20 Dated: October 13, 2009

21                                                         _____
                                                          Maria-Elena James
                                                          Chief United States Magistrate Judge
22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California