# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MARCUS LANDRY,<br><br>       Plaintiff(s),<br>    v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Defendant(s).<br>_____/ | No. C 08-03791 SC (MEJ)<br><br>**ORDER VACATING DISCOVERY STATUS CONFERENCE** |

This matter is currently scheduled for a discovery status conference before the undersigned on November 19, 2009. As it appears that a conference is unnecessary at this time, the Court hereby VACATES the November 19, 2009 conference.

**IT IS SO ORDERED.**

Dated: November 12, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge