DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL A. ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3822
Facsimile:     (415) 554-3837
E-Mail:        daniel.zaheer@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus Landry and Daniel Landry,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>City and County of San Francisco; Heather Fong; Frederick Schiff; Callaway, #360; McCall, #901; Palma, #841; Personal Protective Services; Pete Rodriguez; Rene Garcia; Pat Young; Jack Nyce; Garner, #186; K. McArthur; Wong, #2038; Mariano, #2191; Parker, #121; Cathey, #1090; Hallisy, #1794; Rodriguez, #1976; Jackson, #275, and Does 1 to 100,<br><br>　　　　Defendants. | Case No. C08-3791 SC (MEJ)<br><br>**[PROPOSED] ORDER TO COMPEL RESPONSES TO DISCOVERY AND AWARDING SANCTIONS**<br><br>**[MATTER TO BE REFERRED TO MAGISTRATE JUDGE]**<br><br>Date Action Filed:　　July 25, 2008<br>Trial Date:　　　　　None Set |

On November 11, 2009, defendant City and County of San Francisco ("CCSF") filed an administrative motion to compel plaintiffs to provide responses to certain interrogatories concerning plaintiffs' arrest history and criminal history, and to appear at deposition to respond to questions regarding the same. Having reviewed the parties' submissions and considered the relevant authorities, the Court hereby GRANTS defendants' administrative motion and orders as follows:

1. Within fourteen (14) days of the date of this order, Plaintiffs shall each serve on Defendants complete responses to CCSF's interrogatories nos. 4 and 5 to Marcus Landry and CCSF's interrogatories nos. 4 and 5 to Daniel Landry. The interrogatory responses shall be verified. Plaintiffs shall not assert any objections to the interrogatories, because all such objections have been waived.

2. Plaintiffs Marcus Landry and Daniel Landry shall appear for depositions to answer questions regarding the subject areas raised in CCSF's discovery letter, including but not limited to: plaintiffs' history of arrests and detentions by police; plaintiffs' conviction history; Marcus Landry's gang affiliation (if any); the reasons Marcus Landry was on juvenile probation at the time of the incidents at issue; and the emotional impact of the detentions at issue in this case in comparison to prior arrests and convictions. Defendants shall send plaintiffs a copy of the invoices reflecting the costs of such depositions. Within seven (7) days of the date on which such invoices are sent to plaintiffs, plaintiffs shall reimburse CCSF for the full costs of such depositions as reflected in the invoices.

3. Plaintiffs' counsel has unreasonably multiplied these proceedings by obstructing and delaying the deposition of Marcus Landry. Accordingly, plaintiff's counsel shall pay monetary sanctions in the amount of $835.00 to CCSF. Such payment shall be sent payable to defendant City and County of San Francisco within fourteen days of the date of this Order.

4. Plaintiffs' of plaintiffs' counsel's failure to timely comply with the provisions of this Order may result in further sanctions.

SO ORDERED.

Dated: December 28, 2009

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE